IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BEVERLY ANN HARRIS                                                                    PLAINTIFF

VS.                                              CASE NO. 05-CV-1072

UNION COUNTY, a subordinate political
entity in the State of Arkansas; KENNETH
JONES, Sheriff of Union County, in his
official and individual capacities; and various
JOHN DOES of the Union County Sheriff's
Office and Union County policymakers,
supervisors, agents, and/or employees, in their
individual and official capacities                                                   DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss filed on behalf of the parties in the above styled and numbered case. (Doc. No. 14). The parties report that the matter has been resolved through settlement and petition the Court to enter an order of dismissal with prejudice in the case. Upon consideration, the Court finds that the Joint Motion to Dismiss should be and hereby is **granted**. IT IS THEREFORE ORDERED that Plaintiff's Complaint is hereby **dismissed with prejudice**.

If any party desires the terms of the settlement be part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 30th day of November, 2006.

                                                                                                /s/Harry F. Barnes
                                                                                                 Hon. Harry F. Barnes
                                                                                                 United States District Judge